RECEIVED
IN LAKE CHARLES, LA.

OCT - 4 2012

TONY R. MOORE, CLERK
BY_____PAT_____
                DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| DAMEON DALEY | CIVIL ACTION NO. 11CV2010 |
| VS. | SECTION P |
| J. MICIELI, ET AL. | JUDGE MINALDI |
| | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, having determined that the findings are correct under applicable law;

IT IS ORDERED that plaintiff's civil rights complaint be **DENIED and DISMISSED WITH PREJUDICE** as all of his complaints are barred by the statute of limitations and, thus, are frivolous in accordance with the provisions of 28 U.S.C. §1915(A).

Lake Charles, Louisiana, this __3__ day of __October__, 2012.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE