RECEIVED
IN LAKE CHARLES, LA.

NOV 17 2014

TONY R. MOORE, CLERK
BY_____
          DEPUTY

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | | |
|---|---|---|
| DAMEON DALEY, | * | CIVIL ACTION NO. 2:11-cv-2010 |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | JUDGE MINALDI |
| | * | |
| J. MICIELI, ET AL., | * | |
| | * | |
| Defendant. | * | MAGISTRATE JUDGE KAY |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. 14] of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and having determined that the findings of the Magistrate Judge, as amended in the accompanying Memorandum Ruling, are correct under applicable law,

**IT IS ORDERED** that the Report and Recommendation [Doc. 14] is **AMENDED, IN PART,** and as amended, **AFFRIMED.**

**IT IS FURTHER ORDRED** that all of Daley's claims, except the claim for violation of his Eighth Amendment rights arising of failure to adequately clothe him, be and hereby are **DISMISSED, WITH PREJUDICE,** as frivolous and for failure to state a claim in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

Lake Charles, Louisiana, this _11_ day of _____November_____, 2014.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE

1