


RECEIVED
IN LAKE CHARLES, LA

MAY 24 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | | |
|---|---|---|
| DAMEON DALEY, | * | CIVIL ACTION NO. 2:11-cv-2010 |
| Plaintiff, | * | |
| v. | * | JUDGE MINALDI |
| J. MICIELI, ET AL., | * | |
| Defendant. | * | MAGISTRATE JUDGE KAY |

*******************************************************************

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 18) of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that Daley's remaining claim is **DISMISSED WITH PREJUDICE** in accordance with the provisions of FED. R. CIV. P. 41(b).

Lake Charles, Louisiana, this 23 day of _____May_____, 2016.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE